Ara Sahelian, Esq., [CBN 169257]
SAHELIAN LAW OFFICES
23276 South Pointe Drive, Suite 216
Laguna Hills, CA 92653
949. 859. 9200
e-mail: sahelianlaw@me.com
Attorneys for Fogo De Chao Churrascaria (San Jose) LLC

# UNITED STATES DISTRICT COURT
# CALIFORNIA NORTHERN DISTRICT
## (San Jose Courthouse)

| | |
|---|---|
| Scott Johnson,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>Fogo De Chao Churrascaria (San Jose) LLC<br><br>　　　　Defendant. | CASE NO.: 5:21-cv-02859-BLF<br><br>The Honorable Beth Labson Freeman<br>Courtroom 3<br><br>**WITHDRAWAL OF DUPLICATE ANSWER**<br><br>Complaint Filed: 4/21/21 |

# **WITHDRAWAL OF DUPLICATE ANSWER**

Defendant hereby withdraws the second answer, which was filed by error.

Respectfully submitted:
Wednesday, September 15, 2021

                              SAHELIAN LAW OFFICES

                              Ara Sahelian, Esq.
Attorney for Fogo De Chao Churrascaria (San Jose) LLC