# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>FOGO DE CHAO CHURRASCARIA (SAN JOSE) LLC,<br><br>    Defendant. | Case No. 21-cv-02859-BLF<br><br>**ORDER REQUIRING RESPONSE TO OBJECTION** |

Defendant has filed a motion for summary judgment, and Plaintiff missed the deadline to respond to that motion. ECF Nos. 30, 31. After Defendant filed a reply in support of the motion, Plaintiff filed an objection, arguing that the timing of the motion does not comply with General Order 56 or Federal Rule of Civil Procedure 56(d). ECF No. 32. Defendant SHALL respond to the objection **no later than December 1, 2021**. The response is limited to 5 pages.

**IT IS SO ORDERED.**

Dated: November 24, 2021

_____
BETH LABSON FREEMAN
United States District Judge