# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FOGO DE CHAO CHURRASCARIA (SAN JOSE) LLC,<br><br>　　　　　Defendant. | Case No. 21-cv-02859-BLF<br><br>**ORDER DENYING AS MOOT ADMINISTRATIVE MOTION FOR RELIEF**<br><br>[Re: ECF No. 44] |

Defendant has filed an administrative motion for relief pursuant to Civil Local Rule 7-11 seeking a Court order requiring Plaintiff Scott Johnson to appear personally at the scheduled joint site inspection and provide information "as to how his needs were not accommodated" or, in the alternative, to allow Defendant to conduct a limited deposition of Plaintiff. ECF No. 44.

The motion is DENIED AS MOOT. Plaintiff's response indicates that he will personally attend the joint site inspection (along with counsel). As to what information must be exchanged, the parties SHALL abide by paragraph 7 of General Order 56, which specifies the procedure for conducting the joint site inspection. No other relief is warranted at this juncture.

Dated: March 15, 2022

_____
BETH LABSON FREEMAN
United States District Judge