1  CENTER FOR DISABILITY ACCESS
   Amanda Seabock, Esq., SBN 289900
2  Isabel Masanque, Esq., SBN 292673
   Josie Zimmermann, Esq., SBN 324511
3  Prathima Price, Esq., SBN 321378
   100 Pine St., Ste 1250
4  San Francisco, CA 94111
   (858) 375-7385; (888) 422-5191 fax
5  prathimap@potterhandy.com
   Attorneys for Plaintiff
6
   Ara Sahelian
7  contact@sahelianlaw.com
   SAHELIAN LAW OFFICES
8  25108 Marguerite Pkwy, Ste A
   Mission Viejo, CA 92692-2400, CA
9  Telephone: 949-859-9200
10 Attorneys for Defendant
   Fogo De Chao Churrascaria (San Jose) LLC

11

12

13                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
14

15  **Scott Johnson**,                    )   Case No.: 5:21-cv-02859-BLF
                                           )
16          Plaintiff,                     )
                                           )   **JOINT STIPULATION FOR**
17     v.                                  )   **DISMISSAL PURSUANT TO**
                                           )   **F.R.CIV.P. 41 (a)(1)(A)(ii)**
18                                         )
   **Fogo De Chao Churrascaria (San Jose)** )
19 **LLC; and Does 1-10,**                 )
                                           )
20          Defendants                     )
                                           )
21                                         )

22

23                            **STIPULATION**

24

25          Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the

26 parties hereto that this action may be dismissed with prejudice as to all parties; each

27 party to bear his/her/its own attorneys' fees and costs.

Dated: 4/25/2022                    CENTER FOR DISABILITY ACCESS


                                    By:___/s/ Prathima Price_____
                                    Prathima Price
                                    Attorneys for Plaintiff


Dated: 4/25/2022                    SAHELIAN LAW OFFICES



                                    By: /s/Ara Sahelian_____
                                    Ara Sahelian
                                    Attorneys for Defendant
                                    Fogo De Chao Churrascaria (San Jose) LLC






### SIGNATURE CERTIFICATION


I hereby certify that the content of this document is acceptable to Ara Sahelian and that I

have obtained his authorization to affix their electronic signature to this document.


Dated: 4/25/2022                         CENTER FOR DISABILITY ACCESS


                                    By:___/s/ Prathima Price_____
                                    Prathima Price
                                    Attorneys for Plaintiff